# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:11-CR-00168-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| ALLEN FOREST BOBBETT (01) | MAG. JUDGE PATRICK J. HANNA |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's motion, styled "Writ of Error Coram Nobis" (Doc. #56), and the Motion for Judgment ( Doc. #64) is **DENIED**.

Monroe, Louisiana, this 19th day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE